IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FELICE, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>GUARDIAN TECHNOLOGIES LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-04685-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS AND REQUEST FOR JUDICIAL NOTICE** |

      Before the Court is defendants' "Motion to Dismiss and to Strike Class Allegations" and "Request for Judicial Notice," both filed December 15, 2023.  Plaintiffs have filed opposition, to which defendants have replied.  Having read and considered the parties' respective written submissions, the Court deems the matters appropriate for determination thereon, and hereby VACATES the hearing scheduled for February 23, 2024.

      **IT IS SO ORDERED.**

Dated: February 14, 2024

                                                       MAXINE M. CHESNEY<br>                                                       United States District Judge