UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FELICE, et al.,<br><br>    Plaintiffs.<br><br>  v.<br><br>GUARDIAN TECHNOLOGIES LLC, et al.,<br><br>    Defendants. | Case No.  23-cv-04685-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 44 |

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendants' motion to dismiss is hereby GRANTED, and the First Amended Complaint is hereby DISMISSED without further leave to amend.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 7/31/2024

Mark B. Busby, Clerk of Court

Tracy Geiger
Deputy Clerk